CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq. SBN 289900
Zachary Best, Esq., SBN 166035
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
 (858) 375-7385; (888) 422-5191 fax
 amandas@potterhandy.com
Attorneys for Plaintiff

MARTIN H. ORLICK (SBN: 083908)
mho@jmbm.com
STUART K. TUBIS (SBN: 278278)
skt@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Defendant
CPFB Tenant, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ, | Case: 3:21-cv-02096-JCS |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| CPFB TENANT, LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 29, 2021     CENTER FOR DISABILITY ACCESS

By: /s/ Amada Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: July 29, 2021     JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ Stuart K. Tubis
    Martin H. Orlick
    Stuart K. Tubis
    Attorneys for Defendant
    CPFB Tenant, LLC

Dated: August 2, 2021

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stuart K. Tubis, counsel for CPFB Tenant, LLC, and that I have obtained Mr. Tubis's authorization to affix his electronic signature to this document.

Dated: July 29, 2021				CENTER FOR DISABILITY ACCESS

						By: /s/ Amanda Seabock
						    Amanda Seabock
						    Attorneys for Plaintiff